## 50714. ADAMS-CATES COMPANY et al. v. MARLER et al.

WEBB, Judge.

For prior appearances of this case, see *Adams-Cates Co. v. Marler,* 135 Ga. App. 298 (217 SE2d 398); *Adams-Cates Co. v. Marler,* 235 Ga. 606 (221 SE2d 30). It is our view that movants have failed to show their entitlement to summary judgment, and we accordingly affirm the order of the trial court denying it.

*Judgment affirmed. Bell, C. J., and Marshall, J., concur.*

ARGUED JUNE 2, 1975 — DECIDED MARCH 15, 1976.

*King & Spalding, Jack H. Watson, Michael C. Ross,* for appellants.

*Lokey & Bowden, Charles Lokey, Hamilton Lokey,* for appellees.